FILED
2021 Sep-29  PM 05:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit K



# Property Knowledge Guide – U.S.



Knowledge Guide – Property – U.S.

This document together with any attachments hereto or links contained herein is Confidential & Proprietary and for internal use only. Sharing, reproducing copying, disclosing, disseminating or distribution of the document, its content, links, and attachments is strictly prohibited.
© 2019 The Travelers Indemnity Company. All rights reserved.



TRAVELERS

Knowledge Guide – Property – U.S.

This document together with any attachments hereto or links contained herein is Confidential & Proprietary and for internal use only. Sharing, reproducing, copying, disclosing, disseminating or distribution of the document, its content, links, and attachments is strictly prohibited.
© 2019 The Travelers Indemnity Company. All rights reserved.

*Page **2** of **118***

CONFIDENTIAL TRAV_2723



TRAVELERS

This document together with any attachments hereto or links contained herein is Confidential & Proprietary and for internal use only. Sharing, reproducing, copying, disclosing, disseminating or distribution of the document, its content, links, and attachments is strictly prohibited.
© 2019 The Travelers Indemnity Company. All rights reserved.



TRAVELERS

This document together with any attachments hereto or links contained herein is Confidential & Proprietary and for internal use only. Sharing, reproducing, copying, disclosing, disseminating or distribution of the document, its content, links, and attachments is strictly prohibited.
© 2019 The Travelers Indemnity Company. All rights reserved.



TRAVELERS

Knowledge Guide – Property – U.S.

This document together with any attachments hereto or links contained herein is Confidential & Proprietary and for internal use only. Sharing, reproducing, copying, disclosing, disseminating or distribution of the document, its content, links, and attachments is strictly prohibited.
© 2019 The Travelers Indemnity Company. All rights reserved.

*Page **5** of **118***

CONFIDENTIAL TRAV_2726



TRAVELERS

This document together with any attachments hereto or links contained herein is Confidential & Proprietary and for internal use only. Sharing, reproducing, copying, disclosing, disseminating or distribution of the document, its content, links, and attachments is strictly prohibited.
© 2019 The Travelers Indemnity Company. All rights reserved.

CONFIDENTIAL TRAV_2727



TRAVELERS

This document together with any attachments hereto or links contained herein is Confidential & Proprietary and for internal use only. Sharing, reproducing, copying, disclosing, disseminating or distribution of the document, its content, links, and attachments is strictly prohibited.
© 2019 The Travelers Indemnity Company. All rights reserved.



TRAVELERS

This document together with any attachments hereto or links contained herein is Confidential & Proprietary and for internal use only. Sharing, reproducing, copying, disclosing, disseminating or distribution of the document, its content, links, and attachments is strictly prohibited.
© 2019 The Travelers Indemnity Company. All rights reserved.



TRAVELERS

Knowledge Guide – Property – U.S.

This document together with any attachments hereto or links contained herein is Confidential & Proprietary and for internal use only. Sharing, reproducing, copying, disclosing, disseminating or distribution of the document, its content, links, and attachments is strictly prohibited.
© 2019 The Travelers Indemnity Company. All rights reserved.

*Page **9** of **118***

CONFIDENTIAL TRAV_2730



TRAVELERS

Knowledge Guide – Property – U.S.

This document together with any attachments hereto or links contained herein is Confidential & Proprietary and for internal use only. Sharing, reproducing, copying, disclosing, disseminating or distribution of the document, its content, links, and attachments is strictly prohibited.
© 2019 The Travelers Indemnity Company. All rights reserved.

*Page **10** of **118***

CONFIDENTIAL TRAV_2731

TRAVELERS

Knowledge Guide – Property – U.S.

This document together with any attachments hereto or links contained herein is Confidential & Proprietary and for internal use only. Sharing, reproducing, copying, disclosing, disseminating or distribution of the document, its content, links, and attachments is strictly prohibited.
© 2019 The Travelers Indemnity Company. All rights reserved.

Page ***11*** *of* ***118***

CONFIDENTIAL TRAV_2732



TRAVELERS

Knowledge Guide – Property – U.S.

This document together with any attachments hereto or links contained herein is Confidential & Proprietary and for internal use only. Sharing, reproducing, copying, disclosing, disseminating or distribution of the document, its content, links, and attachments is strictly prohibited.
© 2019 The Travelers Indemnity Company. All rights reserved.

*Page **12** of **118***

CONFIDENTIAL TRAV_2733



TRAVELERS

This document together with any attachments hereto or links contained herein is Confidential & Proprietary and for internal use only. Sharing, reproducing, copying, disclosing, disseminating or distribution of the document, its content, links, and attachments is strictly prohibited.
© 2019 The Travelers Indemnity Company. All rights reserved.

TRAVELERS

Knowledge Guide – Property – U.S.

This document together with any attachments hereto or links contained herein is Confidential & Proprietary and for internal use only. Sharing, reproducing, copying, disclosing, disseminating or distribution of the document, its content, links, and attachments is strictly prohibited.
© 2019 The Travelers Indemnity Company. All rights reserved.

Page **14** of **118**

CONFIDENTIAL TRAV_2735

**Referrals to Subrogation, Travelers Investigative Services, or Other Claim Professionals**

During the claim process, you may determine that it is necessary to make a referral to Subrogation, Travelers Investigative Services (TIS), an outside contents claim professional, or an inside claim professional requesting an inspection from an outside claim professional. If so, you should select the Referral option in Claim Platform and

This document together with any attachments hereto or links contained herein is Confidential & Proprietary and for internal use only. Sharing, reproducing, copying, disclosing, disseminating or distribution of the document, its content, links, and attachments is strictly prohibited.
© 2019 The Travelers Indemnity Company. All rights reserved.

choose the appropriate category of referral. This will create a time stamp in that claim's notes and will notify the party to whom the referral was made.

If making a referral will involve someone other than the assigned Claim professional, contacting the customer, it is important to inform the customer who will be calling and why. For example, upon making a referral to TIS, you should notify the customer that an investigator may be contacting him or her and explain what to expect from the process. In such circumstances, it is important to emphasize to the customer that you will remain the primary point of contact and will be available if he or she has any questions.

More information regarding determining when it is appropriate to refer a claim to TIS and Subrogation appears in the Investigation section of this guide. For instructions on how to complete a referral, see the online help (click Help, then filter by Claim and Referral) in Claim Platform.

This document together with any attachments hereto or links contained herein is Confidential & Proprietary and for internal use only. Sharing, reproducing, copying, disclosing, disseminating or distribution of the document, its content, links, and attachments is strictly prohibited.
© 2019 The Travelers Indemnity Company. All rights reserved.



TRAVELERS

Knowledge Guide – Property – U.S.

This document together with any attachments hereto or links contained herein is Confidential & Proprietary and for internal use only. Sharing, reproducing, copying, disclosing, disseminating or distribution of the document, its content, links, and attachments is strictly prohibited.
© 2019 The Travelers Indemnity Company. All rights reserved.

*Page **17** of **118***

CONFIDENTIAL TRAV_2738





This document together with any attachments hereto or links contained herein is Confidential & Proprietary and for internal use only. Sharing, reproducing, copying, disclosing, disseminating or distribution of the document, its content, links, and attachments is strictly prohibited.
© 2019 The Travelers Indemnity Company. All rights reserved.



## COVERAGE

Property insurance policies are purchased as a promise to indemnify a customer for covered causes of loss from direct physical damage to property covered by the policy. Such policies are a contract between Travelers and the customer that specify the types of losses Travelers will indemnify him or her in exchange for the amount paid by the customer ("the premium").

Therefore, verification of coverage is the foundation of the claim process. A thorough policy analysis is critical since it determines whether coverage applies for the damages sustained and, if so, the amount of dollar limits available. If a loss occurs and the damages are the type the policy insures against, it is deemed a "covered" loss. Otherwise, it would be considered a "non-covered" loss for which you would not make payment to the customer.

Your goal is to determine quickly and accurately whether a loss is covered, which in turn gives you the opportunity to alleviate the uncertainty that the customer may be experiencing because of the situation. Remember that the property in question often represents a significant financial investment for the customer, and he or she may feel a sense of emotional or sentimental attachment to it as well. Therefore, loss of this property may result in a loss of security for the customer. Be sensitive to the customer's situation when you are communicating about coverage. Take the time to explain the issues that may potentially affect your coverage decision, and the steps that you will take to resolve those issues.

### Types of Protection

There are several different types of policies that can be purchased by a customer depending on his or her needs. For example, an individual property owner may purchase a Personal Insurance policy, commonly referred to as a Homeowners policy (e.g., HO3), while a business owner may purchase a Business Insurance policy (e.g., MasterPac, Deluxe). These policies typically contain information that explains the following:

- The type of property to which the policy applies (Covered Property)
- The causes of loss, such as wind, hail or fire, that are covered by the policy (Perils Insured Against and Exclusions)
- How covered losses will be paid for (Loss Settlement)
- Some specific dollar maximums or limits

It is important to remember that any policy can be changed by an "endorsement." An endorsement is a form that can be added to an insurance policy that adds to or modifies the policy. An endorsement is sometimes required by the state, or by Travelers, and is often offered as an option for the customer. For example, the HA 300 Special Provisions is a common state-required endorsement. An example of a Travelers-required endorsement is the Limited Fungi, Other Microbes or Rot Remediation. The 58065 Value Added Package - Plus is an example of an optional endorsement. You should review all endorsements to determine how the policy is changed.

### Personal Insurance

Within Personal Insurance, Travelers offers several types of homeowner's policies to our customers, depending on his or her needs. We have policies for customers who:

- Own a house or condominium and live in it
- Own a house or condominium, but don't live there and instead rent it to a tenant
- Are strictly renters

This document together with any attachments hereto or links contained herein is Confidential & Proprietary and for internal use only. Sharing, reproducing, copying, disclosing, disseminating or distribution of the document, its content, links, and attachments is strictly prohibited.
© 2019 The Travelers Indemnity Company. All rights reserved.

CONFIDENTIAL TRAV_2740